

Case Name:  **United States v. Darrell Allen**
Docket No.   10-CR-10426-MLW

Dear Clerk:

I believe that my case may have been affected by the Department of Public Health Drug Lab scandal. I respectfully request that you appoint counsel to review my case and determine whether I am eligible for any relief. Though I had retained counsel previously, I am incarcerated and am indigent. My financial affidavit is enclosed.

Respectfully,

26059-038
Darrell Allen
FCI-Cumberland
PO Box 1000
Cumberland, MD 21501

DATE: 12-9-12

CJA 23
(Rev. 11/11)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

| IN THE UNITED STATES | ☐ DISTRICT COURT | ☐ COURT OF APPEALS | ☐ OTHER (Specify below) | LOCATION NUMBER |

IN THE CASE OF

v.

FOR

AT

FILED
IN CLERKS OFFICE
2012 DEC 14 P 12:47

**PERSON REPRESENTED** (Show your full name)

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate Judge

District Court

Court of Appeals

**CHARGE/OFFENSE** (describe if applicable & check box →)   ☐ Felony   ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**

Are you now employed?   ☐ Yes   ☑ No   ☐ Self-Employed
Name and address of employer: _____

IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment? 2004 Oct
How much did you earn per month? $ ~~4700~~ 1,200

If married, is your spouse employed?   ☐ Yes   ☑ No
IF YES, how much does your spouse earn per month? $ _____
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☐ Yes   ☑ No

RECEIVED          SOURCES
IF YES, give the amount received and identify the sources   $ _____   _____
$ _____   _____
$ _____   _____

**CASH**   Do you have any cash on hand or money in savings or checking accounts?   ☐ Yes   ☑ No   IF YES, total amount? $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☐ Yes   ☑ No

VALUE          DESCRIPTION
IF YES, give value and description for each   $ _____   _____
$ _____   _____
$ _____   _____
$ _____   _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
✓ Single
__ Married
__ Widowed
__ Separated or Divorced

Total No. of Dependents _____

List persons you actually support and your relationship to them
_____
_____
_____

**DEBTS & MONTHLY BILLS**
(Rent, utilities, loans, charge accounts, etc.)

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

I certify under penalty of perjury that the foregoing is true and correct.

[signature]

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)

12-9-12
Date

